Christopher T. Micheletti (SBN 136446)
Michael S. Christian (SBN 212716)
Judith A. Zahid (SBN 215418)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
cmicheletti@zelle.com
mchristian@zelle.com
jzahid@zelle.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCIA PARKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COOPER VISION, INC.; ALCON LABORATORIES, INC.; BAUSCH + LOMB; JOHNSON & JOHNSON VISION CARE, INC.; and ABB OPTICAL GROUP,<br><br>Defendants. | Case No. 3:15-cv-02129-HSG<br><br>**PROOF OF SERVICES OF SUMMONS AND COMPLAINT** |

PROOF OF SERVICES OF SUMMONS AND COMPLAINT      CASE NO. 3:15-CV-02129-HSG
3264492v1