AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MARCIA PARKER, on behalf of herself and all others similarly situated )
)
)
*Plaintiff(s)* )
)
v. )  Civil Action No. C-15-2129 EDL
)
COOPER VISION, INC.; ALCON )
LABORATORIES, INC.; BAUSCH + LOMB; )
JOHNSON & JOHNSON VISION CARE, INC.; and )
ABB OPTICAL GROUP )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
COOPER VISION, INC.
ALCON LABORATORIES, INC.
BAUSCH + LOMB
JOHNSON & JOHNSON VISION CARE, INC.
ABB OPTICAL GROUP

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher T. Micheletti, Michael S. Christian, Judith A. Zahid
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Richard W. Wieking



Date: May 12, 2015 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C-15-2129 EDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BAUSCH + LOMB
was received by me on *(date)* 06/03/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Vivian Imperial, Process Specialist at CT Corporation System, Agent for Service of Process, who is designated by law to accept service of process on behalf of *(name of organization)* Bausch + Lomb at 818 West 7th Street, Suite 930, Los Angeles, California 90017 on *(date)* 06/04/2015 at 11:30 a.m. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 06/05/2015

*Server's signature*

Daniel Tang/Process Server/Reg.#:7120/Los Angeles County
*Printed name and title*

Ace Attorney Service, Inc.
811 Wilshire Boulevard, Ste. 900, Los Angeles, California 90017
Phone: 213-623-3979 / Fax: 213-623-7527
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: SEE ATTACHED LIST OF DOCUMENTS

Marcia Parker v. Cooper Vision, Inc., et al.                                    #1221604K

## *ATTACHED LIST OF DOCUMENTS*

## *MARCIA PARKER, on behalf of herself and all others similarly situated*
## *V.*
## *COOPER VISION, INC.; et al.*

## *CASE NO: C-15-2129 EDL*

1. COMPLAINT;

2. CIVIL COVER SHEET;

3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

4. ORDER RELATING CASES;

5. NOTICE OF ELECTRONIC FILING;

6. ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINTS;

7. ECF REGISTRATION INFORMATION;

8. FILING PROCEDURES (SAN FRANCISCO);

9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

10. STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.;

11. CIVIL PRETRIAL AND TRIAL STANDING ORDER FOR CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.

*#1221604K*