AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MARCIA PARKER, on behalf of herself and all others similarly situated<br><br>Plaintiff(s)<br>v.<br>COOPER VISION, INC.; ALCON LABORATORIES, INC.; BAUSCH + LOMB; JOHNSON & JOHNSON VISION CARE, INC.; and ABB OPTICAL GROUP<br>Defendant(s) | Civil Action No. C-15-2129 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
COOPER VISION, INC.
ALCON LABORATORIES, INC.
BAUSCH + LOMB
JOHNSON & JOHNSON VISION CARE, INC.
ABB OPTICAL GROUP

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher T. Micheletti, Michael S. Christian, Judith A. Zahid
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Richard W. Wieking

Date: May 12, 2015                            _____
                                                *Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Michael S. Christian<br>ZELLE HOFFMAN VOELBEL & MASON LLP<br>  TELEPHONE NO.:<br>  ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| DISTRICT COURT OF CALIFORNIA, COUNTY OF NORTHERN<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:<br>  BRANCH NAME: | |
| PLAINTIFF: MARCIA PARKER, on behalf of herself and all others similarly situated<br>DEFENDANTS: COOPER VISION, INC., ET ALS | CASE NUMBER:<br>C-15-2129-EDL |
| PROOF OF SERVICE | Ref. No. or File No.:<br>1221623 |

1.  I am over 18 years of age and not a party to this action.

2.  Received by ACE ATTORNEY SERVICE, INC., on 6/8/2015 at 8:57 pm to be served on **ABB OPTICAL GROUP, 12301 NW 39th Street, Coral Springs, FL 33065.**

3.  served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action, Complaint for Violations of the Sherman and Clayton Acts and State Laws, and Jury Trial Demanded and Civil Cover Sheet, Order Settling Initial Case Management Conference and Deadlines, Order Relating Cases and Attachments** with the date and hour of service endorsed thereon by me, to: **KRISTEN PETERSON** as **H/R MANAGER** at the address of: **12301 NW 39th Street, Coral Springs, FL 33065,** who stated they are authorized to accept service for **ABB OPTICAL GROUP**, and informed said person of the contents therein, in compliance with state statutes.

4.  Date and Time of service: 6/9/2015 at 11:40 am

5.  Description: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 130, Hair: BROWN, Glasses: N

6.  I am not a registered California process server.

7.  My name, address, telephone number, and, if applicable, county of registration and number are:

    Name: Bruce A. Goldner
    Firm: ACE ATTORNEY SERVICE, INC.,
    Address: 400 Second Street, Suite 425, San Francisco, CA 94107
    Telephone number: (415) 556-1000
    Registration Number: SPS 1087
    County: Broward County

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/9/2015

Bruce A. Goldner
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)